**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

ALAN MARUSKA,

Debtor.

Case No. 26-60224

Chapter 12

---

**ORDER CONFIRMING MODIFIED CHAPTER 12 PLAN DATED JULY 31, 2026**

---

This matter came before the court for a hearing on the Debtor's Modified Chapter 12 Plan Dated August 11, 2026 (the "Modified Plan") [Dkt. No. 21]. The Court has determined that the Modified Plan satisfies the requirements for confirmation set forth in 11 U.S.C. § 1225.

Now, therefore, it is hereby **ORDERED** that:

1. The Modified Plan Dated August 11, 2026 [Dkt. No. 21] is CONFIRMED.
2. The Court retains jurisdiction to make such other or further orders as may be necessary or appropriate to effectuate the Modified Plan and this Order.
3. Except as otherwise ordered by the Court, all nonexempt property of the estate shall remain property of the estate until the Court orders dismissal or conversion of the case or discharge of the Debtors.
4. The clerk shall mail copies of this Order to all creditors and other parties in interest.

**BY THE COURT**:

Dated: *September 30, 2026*

s/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge